| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hale, Harlin D. | 2. Court or Organization Bankruptcy Court - NDTX | 3. Date of Report 04/22/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address United States Bankruptcy Court 1100 Commerce Street - #1254 Dallas, Texas 75242-1496 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Advisors | George W. & Jean H. Pugh Institute |
| 2. | Visiting Judicial Faculty | Southern Methodist University Dedman School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Southern Methodist University Dedman School of Law (teaching) | $22,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Dallas Independent School District |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | St. John's Univ. School of Law, American Bankruptcy Inst. | 03/11-12/2013 | New York, NY | Judging Duberstein Moot Court Competition | Transportation, food, lodging |
| 2. | National Conference of Bankruptcy Judges | 04/8-9/2013 | Phoenix, AZ | Board Meeting | Transportation, food, lodging |
| 3. | Federal Judicial Center | 04/15-19/2013 | New Orleans, LA | National Workshop for Bankruptcy Judges | Transportation, food, lodging |
| 4. | United States Courts | 05/6-8/2013 | Fort Worth, TX | Fifth Circuit Conference | Transportation, food, lodging |
| 5. | TX State Bar - Bankruptcy Section | 06/5-7/2013 | San Antonio, TX | Bench Bar Bankrtupcy Seminar - Speaker | Transportation, food, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Hale, Harlin D.** | 04/22/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | University of Texas School of Law | 08/7-10/2013 | Galveston, TX | Bankrtupcy Seminar - Speaker | Transportation, food, lodging |
| 7. | Louisiana State University School of Law | 10/24-25/2013 | Baton Rouge, LA | Bankruptcy Seminar - Speaker | Transportation, food, lodging |
| 8. | National Conference of Bankruptcy Judges | 10/29-11/2/2013 | Atlanta, GA | Annual Meeting - Board Member | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 04/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cross Keys Bank | A | Interest | J | T | | | | | |
| 2. BSJ Bancshares, Inc. Stock | A | Dividend | L | T | | | | | |
| 3. Blue Cross FCU account | B | Interest | K | T | | | | | |
| 4. Belt West Ltd. Partnership | | None | J | U | | | | | |
| 5. Edward Jones IRA (H) | A | Int./Div. | K | T | | | | | |
| 6. - Home & Hearth Ltd. P'Ship | | | | | | | | | |
| 7. - Miller Co. Ltd. P'Ship | | | | | | | | | |
| 8. - CAPITAL INCOME BUILDER FUND A | | | | | | | | | |
| 9. - FUNDAMENTAL INVESTORS FUND A | | | | | | | | | |
| 10. - GROWTH FUND OF AMERICA CL A | | | | | | | | | |
| 11. - INCOME FUND OF AMERICA FUND A | | | | | | | | | |
| 12. - NEW ECONOMY FUND CL A | | | | | | | | | |
| 13. - NEW PERSPECTIVE FUND CL A | | | | | | | | | |
| 14. - WASHINGTON MUTUAL INVS FD CL A | | | | | | | | | |
| 15. Bank of America | A | Interest | J | T | | | | | |
| 16. Wells Fargo | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EQUITABLE IRA (H) | C | Int./Div. | M | T | | | | | |
| 19. - EQ/Core Bond Index | | | | | | | | | |
| 20. - EQ/Marsico Focus | | | | | | | | | |
| 21. - EQ/BlackRock Intl Val | | | | | | | | | |
| 22. - EQ/PIMCO Real Return | | | | | | | | | |
| 23. - EQ/Van Kampen Comstock | | | | | | | | | |
| 24. - EQ/Evergreen Intl Bond | | | | | | | | | |
| 25. - EQ/Davis NY Venture | | | | | | | | | |
| 26. - EQ/Franklin Income | | | | | | | | | |
| 27. EDWARD JONES Brokerage Account (H) | | | | | | | | | |
| 28. - Edward Jones Cap World Growth & Income Fund CLA | A | Dividend | K | T | | | | | |
| 29. - Edward Jones Tax Exempt Bond Fund Amer CLA | B | Dividend | K | T | | | | | |
| 30. - Exxon Mobil | B | Dividend | L | T | | | | | |
| 31. Texas Federal Credit Union | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 04/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Page 7, Line 2 - On January 1, 2013, our stock in Cross Keys Bank was converted to shares of BSJ Bancshares, Inc., a new subchapter s corporation. We remain the owners of the shares in the new corporation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Harlin D. Hale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544